IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **GLENDA JOHNSON**, Special Administrator of the **ESTATE OF VICTOR ROGERS, JR**;<br><br>**Plaintiff,**<br><br>vs.<br><br>**STATE OF NEBRASKA; NEBRASKA STATE PATROL; LIVE ON NEBRASKA; ANN INDIGMA**, in her Official and Individual Capacities; **BRYAN WEST HOSPITAL**, and **JOHN DOES 1-100** in their individual and official capacities;<br><br>**Defendants.** | 4:22CV3192<br><br>ORDER |

    This matter is before the Court on the motion to withdraw (Filing No. 6) filed by William Harris, counsel for the plaintiff. Plaintiff's counsel seek leave to withdraw from his representation of the plaintiff due to a breakdown in the attorney-client relationship. Plaintiff's counsel represents that his client obtained new counsel, although to date that attorney has not entered an appearance on the plaintiff's behalf. After review,

    **IT IS ORDERED:**

1. The motion to withdraw (Filing No. 6) filed by William Harris is granted.

2. Plaintiff's counsel shall immediately serve a copy of this Order on Plaintiff and thereafter file proof of service showing compliance with this Order, listing the name and address of the person to whom notice was sent. Plaintiff's counsel will not be relieved of his applicable duties to the Court and Plaintiff until proof of service is filed.

3. Plaintiff's complaint contains claims against the defendants in her capacity as the special administrator of her son's estate. Because pro se parties may not represent the interests of other parties, see *Knight v. Phillips*, No. 8:21CV408, 2022 WL 542564, at *2 (D. Neb. Feb. 23, 2022) and *Waite v. Carpenter, 326,* 496 N.W.2d 1, 4 (Neb. Ct. App. 1992) ("[O]ne who seeks to represent the legal interests of the personal representative must be an attorney"), on or before **December 8, 2022**, Plaintiff shall obtain the services of new counsel and have that attorney file an appearance on her behalf. If substitute counsel does not enter an appearance on behalf of the plaintiff by that date, the Court may dismiss her complaint without further notice.

4. Upon submission of proof of service as described in Paragraph 2 of this Order, William Harris' appearances as counsel of record for Plaintiff will be terminated, and the Clerk of Court shall terminate electronic notice to him in this case.

5. The Clerk of Court is directed to mail a copy of this Order to the plaintiff, Glenda Johnson, at 413 Fletcher Ave. #9, Lincoln, NE 68521.

Dated this 18th day of November, 2022.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge