IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GLENDA JOHNSON, Special Administrator of the ESTATE OF VICTOR ROGERS, JR;<br><br>**Plaintiff,**<br><br>vs.<br><br>STATE OF NEBRASKA; NEBRASKA STATE PATROL; LIVE ON NEBRASKA; ANN INDIGMA, in her Official and Individual Capacities; BRYAN WEST HOSPITAL, and JOHN DOES 1-100 in their individual and official capacities;<br><br>**Defendants.** | 4:22CV3192<br><br>**ORDER** |

This matter is before the Court after receipt of a letter from Plaintiff, pro se. (Filing No. 11). Plaintiff states she has not received the Court's mailings because her address was incorrect. The Court's prior Order (Filing No. 7) was mailed to Plaintiff and returned as undeliverable. See Filing No. 10. Plaintiff has provided the Court with her correct address and asked for more time to find an attorney. The clerk of court also has now provided Plaintiff with copies of its prior orders that were mailed to her incorrect address. Under the circumstances,

**IT IS ORDERED** that Plaintiff's request for additional time (Filing No. 11) is granted. The January 6, 2023, show cause deadline is terminated. Plaintiff shall have until **January 27, 2023,** to have licensed counsel enter an appearance on Plaintiff's behalf. The failure to timely comply with this order will result in dismissal of this action without further notice.

Dated this 4th day of January, 2023.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge